UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NATALIE PLOETZ § | |
| § | |
| v. § | CIVIL NO. 4:22-CV-481-SDJ |
| § | |
| FIREMAN'S FUND INSURANCE § | |
| COMPANY § | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice, (Dkt. #23). Upon consideration of the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the parties' Joint Motion to Dismiss with Prejudice, (Dkt. #23), is **GRANTED**.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that all claims by Plaintiff Natalie Ploetz against Defendant Fireman's Fund Insurance Company in all things, are **DISMISSED WITH PREJUDICE TO REFILING SAME**, and with costs of suit and attorneys' fees taxed against the party incurring the same.

**So ORDERED and SIGNED this 21st day of April, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE